```
          IN THE UNITED STATES DISTRICT COURT
             FOR THE DISTRICT OF PUERTO RICO
```

| | |
|---|---|
| CADFI Corp., et al, <br><br> Plaintiffs <br><br> v. <br><br> LUMA Energy, LLC, et al, <br><br> Defendants. | **Civil No. 22-1357(GMM)** |

### JUDGMENT

In accordance with the Order issued today (Docket No. 54), judgment is hereby entered administratively closing this case.

This matter will remain closed for statistical purposes and may be reopened upon motion informing of judicial developments.

IT IS SO ORDERED.

In San Juan, Puerto Rico, September 14, 2023.

s/Gina R. Méndez-Miró <br>
GINA R. MÉNDEZ-MIRÓ <br>
UNITED STATES DISTRICT JUDGE